UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREEN PARTY OF NEW YORK STATE, a
political party duly organized under the laws of
New York State; MARK DUNLEA, Chairperson of
the Green Party of New York State; RACHEL
TREICHLER and JAMES LANE, each as a duly
enrolled member of the Green Party of New York
State; SHANNON M. HOULIHAN, JOHN N.
WARREN, and LISA CHACON,

                     Plaintiffs,

   -against-

LIBERTARIAN PARTY OF NEW YORK
STATE, INC., CAROL M. O'HEA, ANNE M.
NOLAN, KENNETH C. DIEM, NEW YORK
STATE RIGHT TO LIFE PARTY, LIBERAL
PARTY OF THE STATE OF NEW YORK, and
MARIJUANA REFORM PARTY OF NEW YORK
STATE,

                     Intervenor-Plaintiffs,

   -against-

NEW YORK STATE BOARD OF ELECTIONS;
CAROL BERMAN, NEIL W. KELLEHER, HELENA
MOSES DONOHUE, and EVELYN J. AQUILA, in their
official capacities as Commissioners of the New York
State Board of Elections; NEW YORK CITY
BOARD OF ELECTIONS; NANCY MOTTOLA
SCHACHER, WEYMAN A. CAREY, MICHAEL J.
CILMI, MARK B. HERMAN, NERO GRAHAM,
JR., VINCENT J. VELELLA, DOUGLAS A.
KELLNER, FREDERIC M. UMANE, TERRANCE
C. O'CONNOR, and STEPHEN H. WEINER, in
their official capacities as Commissioners of the
New York City Board of Elections, and as
representatives of all commissioners of county
board of elections in New York State,

                     Defendants.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 6465 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ APR 12 2006 ★
BROOKLYN OFFICE

JUDGMENT
02-CV- 6465 (JG)

An Order of Honorable John Gleeson, United States District Judge, having been filed on April 10, 2006, adopting the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated February 7, 2006, awarding the Libertarian Party a total of $39,447.65 in attorneys' fees and costs, and that the RTL Party be awarded a total of $76,602.50 in attorneys' fees; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted; and that judgment is hereby entered awarding the Libertarian Party a total of $39,447.65 in attorneys' fees and costs, and that the RTL Party be awarded a total of $76,602.50 in attorneys' fees.

Dated: Brooklyn, New York
      April 10, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court